■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL WIGGINS, Appellant. [816 NYS2d 397]—Judgment of resentence, Supreme Court, New York County (Michael Corriero, J.), rendered on or about May 25, 2005, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Marlow, Sullivan, Gonzalez and Malone, JJ.